Motion of plaintiff, respondent, to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay said respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ISLAND PARK ASSOCIATES, INC., Respondent, v. ELEANOR MARIE A. MCCREADY, Appellant, and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of GEORGE GRU and EUGENE DUNNE, as Coexecutors of the Estate of MARGARET H. DUNN, Deceased, Appellants. PATRICK J. DUNN, Respondent.— Motion to add appeal to the February calendar granted and case ordered placed at the foot of the calendar. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

LENA KAPLAN, by SAM EDELMAN, Her Special Guardian ad Litem, Appellant, v. ISIDORE KAPLAN, Respondent.— Motion to modify stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

BENJAMIN KATZ and MAX SEGAL, Copartners, etc., Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JACOB KLEIN, Respondent, v. CHARLES GOLDENBERG, Appellant, and EMMY BENON, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MAMARONECK MOTIVE DISTRIBUTORS, INC., Plaintiff, v. ROBERT L. PICCOLI, Respondent, and MOLLIE WALLER and Others, Appellants.— Motion for stay granted upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, to secure payment of the judgment in the event of its affirmance; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

SOL NOVIE, Respondent, v. PAULINE NOVIE, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ROSE M. PALMER, Appellant, and LILLIAN PALMER BERNSTEIN, Respondent, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion to transfer appeal to another department denied. Present — Young, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PINE, Appellant.— Motion granted and time to perfect and argue appeal enlarged to the April term. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Plaintiff, v. ROSEMITH REALTY, INC., Defendant. JOSEPH SMITH, Appellant, and CORNELIUS FURGUESON, JR., Receiver for the ROSEMITH REALTY, INC., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for